**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

HOUSTON MICHAEL BOJI,

Petitioner,

v.

HEATHER SHIRLEY, Acting Warden,

Respondent.

Case No. 5:22-cv-00613-JAK-RAOx

**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition for Writ of Habeas Corpus, Dkt. No. 31; Respondent's Answer to the Petition and lodged documents, Dkt. Nos. 40-41; Petitioner's Traverse, Dkt. No. 42; Report and Recommendation of United States Magistrate Judge issued on June 18, 2026 ("Report"), Dkt. No. 48; Petitioner's Objections to the Report, Dkt. No. 49; and all of the records and files herein.

The Court has conducted a *de novo* review of those portions of the Report to which Petitioner objects and does not find Petitioner's objections persuasive. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge contained in the Report.

///

IT IS ORDERED that the Petition is denied, and Judgment shall be entered dismissing this action with prejudice.

DATED: July 24, 2026

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE