JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HOUSTON MICHAEL BOJI,<br>Petitioner,<br>v.<br>HEATHER SHIRLEY, Acting Warden,<br>Respondent. | Case No. 5:22-cv-00613-JAK-RAOx<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: July 24, 2026

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE